[Cite as *Mangan v. Ohio State Hwy. Patrol*, 2010-Ohio-2188.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CHARLES B. MANGAN, JR.

Plaintiff

v.

OHIO STATE HIGHWAY PATROL

Defendant

Case No. 2009-09493-AD

Clerk Miles C. Durfey

MEMORANDUM DECISION

## FINDINGS OF FACT

{¶ 1} 1)   Plaintiff, Charles B. Mangan, Jr., filed this complaint against defendant, Ohio State Highway Patrol (OSHP), alleging that the negligent act caused damage to a tire on his 2008 Chevrolet Equinox on October 31, 2009.  Plaintiff seeks damages in the amount of $150.02.  The filing fee was paid.

{¶ 2} 2)   Defendant filed an investigation report admitting liability for plaintiff's loss and acknowledging the damage amount claimed.

## CONCLUSIONS OF LAW

{¶ 3} 1)   Negligence on the part of defendant has been established.  *Johnson v. State Highway Patrol* (2002), 2001-12347-AD; *Zapf v. Highway Patrol*, Ct. of Cl. No. 2006-07511-AD, 2007-Ohio-3104; *Landman v. Ohio State Highway Patrol*, Ct. of Cl. No. 2007-01801-AD, 2007-Ohio-2414; *Hutchison v. State Highway Patrol*, Ct. of Cl. No. 2008-06318-AD, 2008-Ohio-5627; *Kovacik v. Ohio State Hwy. Patrol*, Ct. of Cl. No. 2008-09619-AD, 2009-Ohio-1592.

{¶ 4} 2)   Plaintiff has suffered damages in the amount of $150.52, plus the $25.00 filing fee which may be reimbursed as compensable costs pursuant to R.C.

2335.19.  See *Bailey v. Ohio Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

CHARLES B. MANGAN, JR.

    Plaintiff

    v.

OHIO STATE HIGHWAY PATROL

    Defendant

    Case No. 2009-09493-AD

Clerk Miles C. Durfey

ENTRY OF ADMINISTRATIVE
DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $175.55, which includes the filing fee.  Court costs are assessed against defendant.

           MILES C. DURFEY
           Clerk

Entry cc:

Charles B. Mangan, Jr.                 Colonel David Dicken
173 John Street                        Ohio State Highway Patrol
Newington, Connecticut  06111          P.O. Box 182074
                                       Columbus, Ohio  43229-2074

RDK/laa
1/22
Filed 2/12/10
Sent to S.C. reporter 5/14/10